UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>CARLTON ROARK,<br><br>　　　　　　　　　　Debtor.<br><br>CARLTON ROARK,<br><br>　　　　　　　　　　Appellant,<br><br>v.<br><br>SAN DIEGO COUNTY CREDIT UNION,<br><br>　　　　　　　　　　Appellee. | Case No.: 22-CV-1962 TWR (WVG)<br>Bankruptcy Case No.: 18-4093-LT7<br>Adversary Case No.: 18-90158-CL<br><br>**ORDER GRANTING APPELLANT'S MOTION SEEKING LEAVE TO REGISTER FOR ELECTRONIC FILING FOR THE SOLE PURPOSE OF RECEIVING TIMELY ELECTRONIC NOTIFICATIONS FROM THE COURT**<br><br>(ECF No. 11) |

Presently before the Court Debtor and Appellant Carlton Roark's Motion Seeking Leave to Register for Electronic Filing for the Sole Purpose of Receiving Timely Electronic Notifications from the Court ("Mot.," ECF No. 11). Appellant contends that he "has the equipment and software capabilities to use CM/ECF (and has in the 9th Circuit Court) and agrees to follow all rules and policies in the CM/ECF Administrative Policies and

Procedures Manual." (*See id.* at 2.)  In any event, Appellant seeks leave to register for electronic filing only so that he may receive Notices of Electronic Filing "given the uncertainties, and delays, associated with U.S. Mail," (*see id.*), and "<u>requests that he still be permitted to file by paper</u>." (*See id.* (emphasis in original).)

Good cause appearing, the Court **GRANTS** Appellant's Motion and **ORDERS** Appellant to register as a user with the Clerk's Office and as a subscriber per U.S. District Court for the Southern District of California Electronic Case Filing Administrative Policies and Procedures Manual Section 2(b).  *Although Appellant indicates that he does not intend to use the CM/ECF system to file documents, the Court reminds him that electronic filing is privilege and that any abuse of the CM/ECF system may result in termination of his electronic filing privileges.*

**IT IS SO ORDERED.**

Dated:  March 8, 2023

Honorable Todd W. Robinson
United States District Judge